# United States Court of Appeals for the Federal Circuit

———————————

September 8, 2017

**ERRATA**

———————————

2015-2082, 2015-2084

———————————

**INTERCONTINENTAL GREAT BRANDS LLC,**
*Plaintiff-Appellant*

**v.**

**KELLOGG NORTH AMERICA COMPANY, KELLOGG USA, INC., KEEBLER COMPANY, KEEBLER FOODS COMPANY, KELLOGG SALES COMPANY,**
*Defendants-Cross-Appellants*

———————————

Decided: September 7, 2017

———————————

Please make the following changes:

On page 5, line 27, "cookies in" is deleted, and "cookie" is inserted before "packages"

On page 5, line 31, "alleging" is inserted after "by"

On page 5, line 32, "alleging" is deleted

On page 13, line 19, "found" is changed to "held"

On page 18, line 5, "fulfills" is changed to "implements"